# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SUVASISH SHARMA, Defendant. | PO-19-5079-GF-JTJ <br><br> VIOLATION: 6564893 <br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the citation is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 8, 2019 is VACATED.

DATED this 7th day of August, 2019.

John Johnston
United States Magistrate Judge